# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN,<br>　　　Plaintiff(s),<br>v.<br>BRITTANY TAMASO, et al.,<br>　　　Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br>**ORDER** |

Plaintiff filed suit while in the custody of Clark County Detention Center. *See* Docket No. 1-1 at 1. On October 31, 2022, the Court granted Plaintiff's amended application to proceed *in forma pauperis*, ordered Plaintiff to make an initial partial filing fee of $22.70, and instructed the Clerk's Office to send a copy of that order to the inmate accounts department at Clark County Detention Center. Docket No. 4. On December 19, 2022, Plaintiff filed a notice of change of address indicating that he is now in the custody of High Desert State Prison. Docket No. 5.

Given the circumstances, the Court hereby **EXTENDS** the deadline for Plaintiff to make the required initial partial filing fee of $22.70 to January 27, 2023. Failure to comply with this deadline may result in dismissal of this action. Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).[1]

The Clerk's Office is **INSTRUCTED** to provide Plaintiff with two copies of this order, along with two copies of the order at Docket No. 4. Plaintiff must make the necessary arrangements to have a copy of this Order attached to the check making the initial partial filing fee payment.

---

[1] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915. Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.

1

The Clerk's Office is **INSTRUCTED** send a copy of this order and the order at Docket No. 5 to the attention of the inmate accounts department at High Desert State Prison, P.O. Box 650, Indian Springs, Nevada 89070. Pursuant to 28 U.S.C. § 1915(b)(2), High Desert State Prison shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

The Clerk's Office is **INSTRUCTED** to provide a copy of this order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: December 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge