UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BRITTANY TAMASO, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 9, 10] |

Pending before the Court is Plaintiff's motion to extend the time for partial payment. Docket No. 9. The Finance Department has confirmed that Plaintiff has made the partial payment, so this motion is **DENIED** as moot.

Also pending before the Court is Plaintiff's motion to supplement the complaint with an addendum. Docket No. 10. The operative complaint must be complete in itself, so the Court declines to proceed with a complaint and a separate addendum. Instead, Plaintiff will be permitted to file an amended complaint that is complete with all allegations pertinent to this case.[1] Construed as a motion for leave to amend (and subject to the above caveat), this motion is **GRANTED**. Plaintiff must file an amended complaint by March 27, 2023.

IT IS SO ORDERED.

Dated: March 3, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff is informed that the Court cannot refer to a prior pleading (i.e., the original Complaint) in order to make the Amended Complaint complete. This is because, as a general rule, an Amended Complaint supersedes the original Complaint. Local Rule 15-1(a) requires that an Amended Complaint be complete in itself without reference to any prior pleading. Once a plaintiff files an Amended Complaint, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each Defendant must be sufficiently alleged.

1