# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN, | Case No. 2:22-cv-01678-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 16] |
| BRITTANY TAMASO, et al., | |
| Defendant(s). | |

Pending before the Court is a motion by Plaintiff for extra pages in his forthcoming amended complaint. Docket No. 16. The motion is predicated on Plaintiff's desire to be complete in his allegations against various defendants. *See id.* The Court notes that a complaint must be also be concise. *See* Fed. R. Civ. P. 8(a)(1) (requiring a "*short* and plain statement" (emphasis added)). Accordingly, any amended complaint must provide sufficient detail of the claims being brought, but it must also not be needlessly lengthy. With that caveat in mind, the Court will **GRANT** the motion for extra pages.[1]

IT IS SO ORDERED.

Dated: June 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] By granting this motion, the Court is not opining on whether the amended complaint complies with Rule 8. The Court will make that determination when the amended complaint is filed.