# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>BRITTANY TAMASO, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 22] |

On May 2, 2024, the Court screened Plaintiff's amended complaint and afforded Plaintiff an opportunity to file a second amended complaint. Docket No. 20. The Court set a deadline for the second amended complaint of June 3, 2024. *See id.* at 12.

Pending before the Court now is Plaintiff's motion to extend that deadline. Docket No. 22. The motion to extend asserts that more time is needed because the screening order contained a scrivener's error as to the last name of the witness who reported Plaintiff to the police, as alleged in the pleadings. *See* Docket No. 22 at 1-2. Although it is not clear why this circumstance necessitates an extension of the second amended complaint deadline, the Court will **GRANT** the motion to extend, **RESET** the deadline for the second amended complaint for June 17, 2024, and issue a corrected screening order modifying the witness's last name and updating the deadline for the second amended complaint.[1]

IT IS SO ORDERED.

Dated: May 15, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff also seems to contend that the Court erred in the screening order with respect to the analysis in the noted section. *See* Docket No. 22 at 2. The Court is not persuaded that reconsideration of its analysis is warranted. *See* Local Rule 59-1.

1