1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6              **DISTRICT OF NEVADA**
7
8    RICKEY LEE GORMAN,                           Case No. 2:22-cv-01678-JAD-NJK
9            Plaintiff(s),                        **REPORT AND RECOMMENDATION**
10   v.
11   BRITTANY TAMASO, et al.,
12           Defendant(s).

13        On May 2, 2024, the Court screened Plaintiff's amended complaint.  Docket No. 20; *see*

14   *also* Docket No. 25 (corrected order).  The Court determined that a colorable claim had been stated

15   against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's

16   interrogation.  Docket No. 25 at 7.  The Court determined that a colorable claim had not been

17   stated against the myriad other claims and Defendants named in the amended complaint.  *See id.*

18   at 2-6, 8-11.  The Court afforded Plaintiff leave to amend with respect to these other claims and

19   defendants.  *Id.*  The Court warned that a failure to amend would result in the case moving forward

20   as to only the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions

21   during Plaintiff's interrogation.  *Id.* at 12.  The deadline to amend expired on June 17, 2024.  *See*

22   Docket No. 24 (granting extension request).  To date, Plaintiff has not filed a further amended

23   complaint.

24        Accordingly, for the reasons stated in the prior screening order (Docket No. 25 at 2-6, 8-

25   11), the undersigned **RECOMMENDS** that all claims and all Defendants be dismissed except for

26
27
28

1

the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation.[1]

Dated: June 24, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

---

[1] Concurrently herewith, the Court is issuing an order so that the case can proceed as to the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation.