UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN,<br><br>    Plaintiff(s),<br><br>v.<br><br>BRITTANY TAMASO, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br><br>**ORDER** |

On May 2, 2024, the Court screened Plaintiff's amended complaint. Docket No. 20; *see also* Docket No. 25 (corrected order). The Court determined that a colorable claim had been stated against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation. Docket No. 25 at 7. Plaintiff was afforded an opportunity to amend as to other Defendants and other claims, but did not do so.[1] Hence, this case will proceed only as to the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk of the Court shall issue summons to Defendant Brittany Tamaso (#9488) and Defendant T. Goldberg (#16203), and deliver the same to the U.S. Marshal for service.
2. The Clerk of the Court shall also deliver a copy of the amended complaint (Docket No. 18) to the U.S. Marshal for service. Plaintiff shall have 20 days in which to furnish the U.S. Marshal with the required Form USM-285.[2] Within 20 days after receiving from

---

[1] Concurrently herewith, the undersigned is issuing a report and recommendation for dismissal of the other Defendants and other claims.

[2] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

1

the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendants Tamaso and Goldberg were served.  If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

3. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

4. From this point forward, Plaintiff shall serve upon Defendants, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court.  Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendants or counsel for Defendants.  The Court may disregard any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

IT IS SO ORDERED.

Dated: June 24, 2024

_____
Nancy J. Koppe
United States Magistrate Judge