UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICKEY LEE GORMAN,

    Plaintiff(s),

v.

BRITTANY TAMASO, et al.,

    Defendant(s).

Case No. 2:22-cv-01678-JAD-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ECF No. 28

**On June 24, 2024, the magistrate judge entered the following report and recommendation:**

On May 2, 2024, the Court screened Plaintiff's amended complaint. Docket No. 20; *see also* Docket No. 25 (corrected order). The Court determined that a colorable claim had been stated against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation. Docket No. 25 at 7. The Court determined that a colorable claim had not been stated against the myriad other claims and Defendants named in the amended complaint. *See id.* at 2-6, 8-11. The Court afforded Plaintiff leave to amend with respect to these other claims and defendants. *Id.* The Court warned that a failure to amend would result in the case moving forward as to only the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation. *Id.* at 12. The deadline to amend expired on June 17, 2024. *See* Docket No. 24 (granting extension request). To date, Plaintiff has not filed a further amended complaint.

Accordingly, for the reasons stated in the prior screening order (Docket No. 25 at 2-6, 8-11), the undersigned **RECOMMENDS** that all claims and all Defendants be dismissed except for

1

the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation.[1]

Dated: June 24, 2024

Nancy J. Koppe
United States Magistrate Judge

### ORDER ADOPTING REPORT AND RECOMMENDATION

The deadline for plaintiff Rickey Lee Gorman to object to this recommendation was July 8, 2024, and Gorman didn't object or ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. **IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [ECF No. 28] is ADOPTED in its entirety. All claims and defendants in this case are DISMISSED EXCEPT for the claim against Defendants Tamaso and Goldberg regarding the conditions during plaintiff's interrogation.** Gorman is reminded that he has until September 22, 2024, to serve these defendants with process.

U.S. District Judge Jennifer A. Dorsey
Dated: July 10, 2024

---

[1] Concurrently herewith, the Court is issuing an order so that the case can proceed as to the claim against Defendant Tamaso and Defendant Goldberg regarding the conditions during Plaintiff's interrogation.