UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY LEE GORMAN,<br><br>  Plaintiff(s),<br><br>v.<br><br>BRITTANY TAMASO, et al.,<br><br>  Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by October 9, 2024.

IT IS SO ORDERED.

Dated: September 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge