# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY LEE GORMAN,<br><br>         Plaintiff(s),<br><br>v.<br><br>BRITTANY TAMASO,<br><br>         Defendant(s). | Case No. 2:22-cv-01678-JAD-NJK<br><br>**ORDER** |

An order of the Court has returned as undeliverable to Plaintiff because there was "no mail receptacle" for the designated address. Docket No. 45. It is unclear why that is the case, though the Court notes there have been recurring problems in mailing items to Plaintiff. *See also* Docket No. 37. If Plaintiff has moved, he must update his address on the docket by February 25, 2025. *See* Local Rule IA 3-1. If there is some other impediment to Plaintiff receiving mail at the current address, he must immediately rectify that situation and provide a notice of compliance by February 25, 2025. <u>Failure to comply with this order may result in dismissal.</u>

IT IS SO ORDERED.

Dated: February 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1